JUDGE DANIELS

'07 CIV 7396

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                               )  Civil Action
CERTAIN UNDERWRITERS AT                                        )
LLOYD'S, LONDON, LEXINGTON                                     )
INSURANCE COMPANY, and                                         )
WÜRTTEMBERGISCHE VERSICHERUNG AG                               )
                                                               )  Case No.: _____
                                          Plaintiffs           )
                                                               )  RECEIVED AUG 2 0 2007
            v.                                                 )  U.S.D.C. S.D.N.Y. CASHIERS
                                                               )
STERLING FINANCIAL INVESTMENT                                  )  **RULE 7.1 STATEMENT**
GROUP, INC., CHARLES P. GARCIA, THOMAS G.                      )
KARIDAS, and VFINANCE INVESTMENTS, INC.                        )
                                                               )
                                          Defendants.          )
---------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Wurttembergische Versicherung AG (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

       Plaintiff Wurttembergische Versicherung AG is owned by Wustenrot and Wurttembergische AG which is publicly traded on the Berlin Stock Exchange, Dusseldorf Stock Exchange, Frankfurt Stock Exchange, XETRA Level 1 Market, and Over-the-Counter Market (symbol: WUWGN).

Date: August 20, 2007

Frederick J. Wilmer (FW-7796)