JUDGE DANIELS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CIV 7396

------------------------------------------------------------X
                                                             )
CERTAIN UNDERWRITERS AT                                      )   Civil Action
LLOYD'S, LONDON, LEXINGTON                                   )
INSURANCE COMPANY, and                                       )   RECEIVED
WÜRTTEMBERGISCHE VERSICHERUNG AG                             )   AUG 20 2007
                                                             )
                                  Plaintiffs                 )   Case No. S.D.N.Y.
                                                             )   CASHIERS
              v.                                             )
                                                             )
STERLING FINANCIAL INVESTMENT                                )   **RULE 7.1 STATEMENT**
GROUP, INC., CHARLES P. GARCIA, THOMAS G.                    )
KARIDAS, and VFINANCE INVESTMENTS, INC.                      )
                                                             )
                                  Defendants.                )
------------------------------------------------------------X

   Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Lexington Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

   Plaintiff Lexington Insurance Company is 70% owned by National Union Fire Insurance Company, 20% owned by The Insurance Company of the State of Pennsylvania, and 10% owned by Birmingham Fire Insurance Company of Pennsylvania; those three owners of Lexington are wholly-owned subsidiaries of American International Group, Inc., a publicly owned corporation, trading on the New York Stock Exchange (symbol: AIG), as well as the stock exchanges in Paris, Switzerland and Tokyo.

Date: August 20, 2007

                     Frederick J. Wilmer (FW-7796)