UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
CERTAIN UNDERWRITERS AT ) Civil Action
LLOYD'S, LONDON, LEXINGTON )
INSURANCE COMPANY, and )
WÜRTTEMBERGISCHE VERSICHERUNG AG )
) Case No.: 07 CV 7396
                                                  Plaintiffs )
)
                     v. )
)
STERLING FINANCIAL INVESTMENT ) **RULE 7.1 STATEMENT**
GROUP, INC., CHARLES P. GARCIA, THOMAS G. )
KARIDAS, and VFINANCE INVESTMENTS, INC. )
)
                                                 Defendants. )
-----------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Certain Underwriters at Lloyd's, London ("Lloyd's"), (a private non-governmental party) certifies that Lloyd's consists of members of underwriting syndicates, including syndicate 2488 ACE Underwriting Agencies Limited, and the following are corporate parents, affiliates and/or subsidiaries of ACE Underwriting Agencies Limited, which are publicly held.

       ACE Underwriting Agencies Limited is part of the ACE European Group Limited which is ultimately owned by ACE Limited and publicly traded on the New York Stock Exchange (symbol: ACE).

Date: August 22, 2007

                                                         Frederick J. Wilmer (FW-7796)