UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CERTAIN UNDERWRITERS AT ) Civil Action
LLOYD'S, LONDON, LEXINGTON )
INSURANCE COMPANY, and )
WÜRTTEMBERGISCHE VERSICHERUNG AG )
) Case No.: 07 CV 7396
                          Plaintiffs )
)
        v. )
)
STERLING FINANCIAL INVESTMENT ) **RULE 7.1 STATEMENT**
GROUP, INC., CHARLES P. GARCIA, THOMAS G. )
KARIDAS, and VFINANCE INVESTMENTS, INC. )
)
                          Defendants. )
------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Certain Underwriters at Lloyd's, London ("Lloyd's"), (a private non-governmental party) certifies that Lloyd's consists of members of underwriting syndicates, including syndicate 2987 Brit Syndicate Limited, and the following are corporate parents, affiliates and/or subsidiaries of Brit Syndicate Limited, which are publicly held.

        Brit Syndicate Limited is owned by Brit Insurance Holdings PLC, which is publicly traded on the London Stock Exchange (symbol: BRE).

Date: August 22, 2007

Frederick J. Wilmer (FW-7796)