AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern          DISTRICT OF          New York

**APPEARANCE**

Case Number: 07 CV 07396

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PLAINITFFS CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, LEXINGTON INSURANCE COMPANY and WURTTEMBERGISCHE VERSICHERUNG AG

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/11/2007 | *[signature]* |
| Date | Signature |
| | Panagiota E. Ainalakis — PA0528 |
| | Print Name / Bar Number |
| | 580 White Plains Road |
| | Address |
| | Tarrytown, NY 10591 |
| | City / State / Zip Code |
| | (914) 750-5933   (914) 750-5922 |
| | Phone Number / Fax Number |