AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

**APPEARANCE**

Case Number: 07 CV 07396

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PLAINITFFS CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, LEXINGTON INSURANCE COMPANY and WURTTEMBERGISCHE VERSICHERUNG AG

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/11/2007 | *P. Ain* (signature) |
| Date | Signature |
| | Panagiota E. Ainalakis     PA0528 |
| | Print Name     Bar Number |
| | 580 White Plains Road |
| | Address |
| | Tarrytown,   NY   10591 |
| | City   State   Zip Code |
| | (914) 750-5933   (914) 750-5922 |
| | Phone Number   Fax Number |