IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA

CASE NO.: 50 2007 CA011997 XXXXMB

STERLING FINANCIAL INVESTMENT
GROUP, INC., a Florida corporation,
(and CHARLES GARCIA, individually),

    Plaintiff,

v.

AON LIMITED, a foreign corporation,
and SWINGLEHURST LIMITED,
BRIT SYNDICATES, a foreign corporation,
LEXINGTON INSURANCE COMPANY,
a foreign corporation, ACE SYNDICATES,
a foreign corporation, and WURTT,
a foreign corporation,

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law firm of MARLOW CONNELL VALERIUS ABRAMS ADLER NEWMAN & LEWIS hereby files its appearance as counsel for the Defendants, BRIT SYNDICATES, LEXINGTON INSURANCE COMPANY, SWINGLEHURST LIMITED, ACE SYNDICATES, AND WURTT, in the captioned litigation. It is requested that copies of all pleadings and correspondence be forwarded to the undersigned attorney as counsel for said Defendants.



### Certificate of Service

WE HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed this 14 day of August, 2007, to Ejola Christlieb Cook, Esq., Ticktin & Rodriguez,

50 2007 CA011997 XXXX MB AB

P.A., Attorneys for Plaintiffs, 3700 Coconut Creek Parkway, Suite 160, Coconut Creek, FL 33066.

        MARLOW, CONNELL, VALERIUS, ABRAMS,
        ADLER, NEWMAN & LEWIS
        4000 Ponce de Leon Boulevard, Suite 570
        Coral Gables, FL 33146
        Telephone: (305) 446-0500
        Facsimile:(305) 446-3667

BY: _____
        Jennifer Anderson Hoffman
        Fla. Bar No.: 981605