

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List
Events              Name History

Entity Name Search

## Detail by Entity Name

### Florida Profit Corporation
STERLING FINANCIAL INVESTMENT GROUP, INC.

### Filing Information

| | |
|---|---|
| Document Number | P96000046090 |
| FEI Number | 650688804 |
| Date Filed | 05/30/1996 |
| State | FL |
| Status | ACTIVE |
| Last Event | CANCEL ADM DISS/REV |
| Event Date Filed | 09/25/2006 |
| Event Effective Date | NONE |

### Principal Address
638 HIGH STREET
BOCA RATON FL 33432

Changed 01/22/2007

### Mailing Address
638 HIGH STREET
BOCA RATON FL 33432

Changed 01/22/2007

### Registered Agent Name & Address
TICKTIN, PETER
TICKTIN & RODRIGUEZ, P.A.
3700 COCONUT CREEK PKWY #160
COCONUT CREEK FL 33066 US

Name Changed: 09/05/2006

Address Changed: 09/05/2006

### Officer/Director Detail

### Name & Address

Title CEO

GARCIA, CHARLES P
638 HIGH STREET
BOCA RATON FL 33432

### Annual Reports

**Report Year   Filed Date**
**2005**        04/11/2005
**2006**        09/25/2006
**2007**        01/22/2007

### Document Images

01/22/2007 -- ANNUAL REPORT

09/25/2006 -- REINSTATEMENT

09/05/2006 -- Reg. Agent Change

04/11/2005 -- ANNUAL REPORT

01/07/2005 -- Amendment

08/23/2004 -- ANNUAL REPORT

08/12/2004 -- Reg. Agent Change

04/28/2004 -- ANNUAL REPORT

03/06/2003 -- ANNUAL REPORT

06/03/2002 -- ANNUAL REPORT

05/03/2001 -- ANNUAL REPORT

05/31/2000 -- ANNUAL REPORT

02/22/1999 -- ANNUAL REPORT

01/27/1998 -- ANNUAL REPORT

03/18/1997 -- ANNUAL REPORT

**Note:** This is not official record. See documents if question or conflict.

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List
Events    Name History

Entity Name Search

## Detail by Entity Name

### Florida Profit Corporation
VFINANCE INVESTMENTS, INC.

### Filing Information

| | |
|---|---|
| Document Number | P98000003159 |
| FEI Number | 650834063 |
| Date Filed | 01/09/1998 |
| State | FL |
| Status | ACTIVE |
| Last Event | NAME CHANGE AMENDMENT |
| Event Date Filed | 01/11/2002 |
| Event Effective Date | NONE |

### Principal Address

3010 N. MILITARY TRAIL
STE #300
BOCA RATON FL 33431 US

Changed 04/01/2002

### Mailing Address

3010 N. MILITARY TRAIL
STE #300
BOCA RATON FL 33431 US

Changed 04/01/2002

### Registered Agent Name & Address

VFIN EXECUTIVE SERVICES, INC.
3010 N. MILITARY TRAIL STE #300
BOCA RATON FL 33431 US

Name Changed: 04/01/2002

Address Changed: 03/14/2005

### Officer/Director Detail

### Name & Address

Title D

SOKOLOW, LEONARD J
3010 N MILITARY TRAIL #300
BOCA RATON FL 33431

Title S

CAMPANELLA, RICHARD
3010 N. MILITARY TRAIL #300
BOCA RATON FL 33431

Title T

LEVIN, ALAN B
3010 N MILITARY TRAIL #300
BOCA RATON FL 33431

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2005 | 03/14/2005 |
| 2006 | 05/01/2006 |
| 2007 | 03/28/2007 |

### Document Images

03/28/2007 -- ANNUAL REPORT

05/01/2006 -- ANNUAL REPORT

03/14/2005 -- ANNUAL REPORT

09/22/2004 -- ANNUAL REPORT

09/10/2003 -- ANNUAL REPORT

04/01/2002 -- ANNUAL REPORT

01/11/2002 -- Name Change

05/03/2001 -- ANNUAL REPORT

03/22/2000 -- ANNUAL REPORT

02/21/1999 -- ANNUAL REPORT

12/02/1998 -- Amendment

09/15/1998 -- Name Change

01/09/1998 -- Domestic Profit

**Note:** This is not official record. See documents if question or conflict.

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.