UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Action

Case No: 07 CIV 7396

CERTAIN UNDERWRITERS AT
LLOYD'S LONDON, LEXINGTON
INSURANCE COMPANY, and
WURTTEMBERGISCHE
VERSICHERUNG AG

      Plaintiffs,

v.

STERLING FINANCIAL INVESTMENT
GROUP, INC., CHARLES GARCIA,
THOMAS G. KARIDAS,
VFINANCE INVESTMENTS, INC.,

      Defendants.
_____/

**ORDER**

  On this _____ day of _____, 2007, came on to be heard Defendants' Sterling Financial Investment Group, Inc., Charles Garcia, and VFinance Amended Motion to Dismiss Complaint or in the Alternative Transfer and Motion to Compel Arbitration with Integrated Memorandum of Law.  After review of the Motion, it is hereby ORDERED that the Motion to Dismiss is GRANTED.