**KISSEL PESCE HIRSCH & WILMER**

**KPHW**

A Limited Liability Partnership

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 5 2007

580 White Plains Rd - 5th Floor
Tarrytown, New York 10591
Main Tel: 914.750.5933
Facsimile: 914.750.5922

Direct Dial: 914.733.7790
E-Mail: fwilmer@kphwlaw.com

November 2, 2007

Via Facsimile (212) 805-6737

**SO ORDERED**

Filing by ECF with Courtesy
Copy by Regular Mail

The conference is adjourned to
December 4, 2007 at 9:45 a.m.

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

NOV 0 5 2007  *George B. Daniels*

HON. GEORGE B. DANIELS

Re: *Certain Underwriters at Lloyd's, London, et al. v. Sterling Financial Investment Group, Inc. et al.* (Case No.: 07 CV 7396-GBD)
Our File No.: 40117.00047

Dear Judge Daniels:

We are attorneys for Plaintiffs in the captioned action.

In light of certain of the Defendants' pending motions to stay, transfer and/or dismiss this action and fact that Plaintiffs have still not been able to serve one of the Defendants in this matter, Thomas G. Karidas, we are requesting an adjournment of the November 8, 2007 conference before your Honor and suspension of the time for the parties to adopt the proposed Case Management Plan and Scheduling Order. We request that the Court hold in abeyance rescheduling pending the disposition of the pending motions and service upon the remaining Defendant within the requisite time period. We have discussed this request with counsel for the Defendants that have appeared, who has consented to the request.

Thank you for your attention to this request and we ask that you contact us with any questions you might have.

Very truly yours,

Frederick J. Wilmer

cc: Michael D. Mosher, Esq., (Via ECF)

Peter Ticktin Esq., (Via U.S. Mail)

NEW YORK    LONDON    NEW JERSEY