UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
CERTAIN UNDERWRITERS AT LLOYD'S, :
LONDON, LEXINGTON INSURANCE :
COMPANY, and : 07 CV 7396(GBD)
WÜRTTEMBERGISCHE VERSICHERUNG AG :
            Plaintiff, : ORDER
:
    -against- :
:
STERLING FINANCIAL INVESTMENT GROUP,:
INC., CHARLES P. GARCIA, THOMAS G. :
KARIDAS, and VFINANCE INVESTMENTS, :
INC. :
            Defendants. :
:
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 06 2007

GEORGE B. DANIELS, District Judge:

    The Clerk of the Court is hereby directed to remove the motion to dismiss dated October 4, 2007 (document # 11) from the Court's Docket, as it is a duplicate of the motion to dismiss with attached exhibits dated October 25, 2007 (document # 15).

Dated: November 5, 2007
       New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge