

KISSEL PESCE HIRSCH & WILMER

**KPHW**

A Limited Liability Partnership



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 29 2007

580 White Plains Rd - 5th Floor
Tarrytown, New York 10591
Main Tel: 914.750.5933
Facsimile: 914.750.5922

Direct Dial: 914.733.7790
E-Mail: fwilmer@kphwlaw.com

November 28, 2007

**SO ORDERED**

The conference is rescheduled to January 8, 2008 at 9:45 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

NOV 29 2007

Via Facsimile (212) 805-6737

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

Re:  *Certain Underwriters at Lloyd's, London, et al. v. Sterling Financial Investment Group, Inc. et al.* (Case No.: 07 CV 7396-GBD)
Our File No.: 40117.00047

Dear Judge Daniels:

We are attorneys for Plaintiffs in the captioned action.

We are writing to request an adjournment of the conference scheduled on December 4, 2007 and a further suspension of the time for the parties to adopt the proposed Case Management Plan and Scheduling Order. Your Honor had previously granted the parties' stipulated request to adjourn the conference originally scheduled for November 8, 2007.

The responding Defendants' motions to stay, transfer and/or dismiss this action remain pending and Plaintiffs have still not been able to serve one of the Defendants in this matter, Thomas G. Karidas, a citizen of Greece. We request that the Court reschedule the conference for January 8, 2008. By that time, Plaintiffs will be able to advise the Court if their efforts to serve Mr. Karidas were successful within the requisite time period. Also, the parties hope to use the time of this adjournment to further discuss how best to coordinate this action with the one pending in the Southern District of Florida and how they might be able to eliminate parties and/or issues at this stage.

We have discussed this request with counsel for the Defendants that have appeared, who has consented to this request. Thank you for your attention to this request and we ask that you contact us with any questions you might have.

Very truly yours,

*/s/ Frederick J. Wilmer*
Frederick J. Wilmer

cc:  Michael D. Mosher, Esq., (Via E-Mail)
Ejola Cook (Via E-Mail)

NEW YORK  |  LONDON  |  NEW JERSEY