**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Civil Action**

**Case No: 07 CIV 7396**

CERTAIN UNDERWRITERS AT
LLOYD'S LONDON, LEXINGTON
INSURANCE COMPANY, and
WURTTEMBERGISCHE
VERSICHERUNG AG

**Plaintiffs**

v.

STERLING FINANCIAL INVESTMENT
GROUP, INC., CHARLES GARCIA,
THOMAS G. KARIDAS,
VFINANCE INVESTMENTS, INC.,

**Defendants**

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Michael Mosher, Esquire, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice

of

| | |
|---|---|
| Applicant's Name: | Peter Ticktin |
| Firm Name: | Ticktin Rodriguez, P.A. |
| Firm Address: | 3700 Coconut Creek Parkway |
| | Suite 160 |
| | Coconut Creek, Florida 33063 |
| Phone Number: | 954-978-8950 |
| Fax Number: | 954-978-9513 |
| Email Address: | pt@trlawoffice.com |

Peter Tickton is a member in good standing of the Florida Bar.

There is one Disciplinary proceeding currently pending in Florida against Peter Ticktin regarding minor issues not including any issues of trustworthiness and integrity.

Furthermore, Counsel for the Plaintiff has no objection to Peter Ticktin's admission pro hac vice.

November 27, 2007
Paris, Texas

Respectfully submitted,

THE LAW OFFICE OF MICHAEL D. MOSHER

MICHAEL D. MOSHER
STATE BAR NO.: 14580100
50 NORTH MAIN
PARIS, TEXAS   75460
(903) 785-4721 TELEPHONE
(903) 785-5319 FAX

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 3rd day of December, 2007.  I also certify that the foregoing is being served this day upon all counsel of record identified on the attached service list in the manner specified.

Fredrick Wilmer, Esquire
Kissel Pesce Hirsch & Wilmer LLP
580 White Plains Road
Tarrytown, NY 10591

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Action

Case No: 07 CIV 7396

CERTAIN UNDERWRITERS AT
LLOYD'S LONDON, LEXINGTON
INSURANCE COMPANY, and
WURTTEMBERGISCHE
VERSICHERUNG AG

        Plaintiffs,

v.

STERLING FINANCIAL INVESTMENT
GROUP, INC., CHARLES GARCIA,
THOMAS G. KARIDAS,
VFINANCE INVESTMENTS, INC.,

        Defendants.

_____/

## AFFIDAVIT OF MICHAEL MOSHER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Michael Mosher, being duly sworn, hereby deposes and says as follows:

1. I am a Solo Practitioner with Law Office of Michael D Mosher, counsel for the Defendants STERLING FINANCIAL INVESTMENT GROUP, INC., CHARLES GARCIA, and VFINANCE INVESTMENTS, INC. (hereinafter the "Defendants"). I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Defendants motion to admit Peter Ticktin as counsel pro hac vice to represent the Defendants in this matter.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Action

Case No: 07 CIV 7396

CERTAIN UNDERWRITERS AT
LLOYD'S LONDON, LEXINGTON
INSURANCE COMPANY, and
WURTTEMBERGISCHE
VERSICHERUNG AG

Plaintiffs,

v.

STERLING FINANCIAL INVESTMENT
GROUP, INC., CHARLES GARCIA,
THOMAS G. KARIDAS,
VFINANCE INVESTMENTS, INC.,

Defendants.
_____/

## ORDER FOR ADMISSION PRO HAC
## VICE ON WRITTEN MOTION

Upon the Motion of Michael Mosher attorney for the Defendants STERLING FINANCIAL

INVESTMENT GROUP, INC., CHARLES GARCIA, and VFINANCE INVESTMENTS, INC.,

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Peter Ticktin |
| Firm Name: | Ticktin Rodriguez, P. A. |
| Firm Address: | 3700 Coconut Creek Parkway |
| | Suite 160 |
| | Coconut Creek, Florida 33063 |
| Phone Number: | (954) 978-8950 |
| Fax Number: | (954) 978-9513 |



# The Florida Bar

**651 EAST JEFFERSON STREET**
**TALLAHASSEE, FLORIDA 32399-2300**

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
www.FLORIDABAR.org

State of Florida       )

County of Leon       )

In Re:     887935
Peter David Ticktin
Ticktin & Rodriguez, P.A.
P.O. Box 811554
Boca Raton, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on July 14, 1991.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this ___14th___ day of November, 2007.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/ssT1:R10