

**KISSEL PESCE HIRSCH & WILMER**
**KPHW**
A Limited Liability Partnership

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 0 7 2008

580 White Plains Rd - 5th Floor
Tarrytown, New York 10591
Main Tel: 914.750.5933
Facsimile: 914.750.5922

Direct Dial: 914.733.7790
E-Mail: fwilmer@kphwlaw.com

January 4, 2008

<u>Via Facsimile (212) 805-6737</u>

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

**SO ORDERED**

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS
JAN 0 7 2008

Re:   *Certain Underwriters at Lloyd's, London, et al. v. Sterling Financial Investment Group, Inc. et al.* (Case No.: 07 CV 7396-GBD)
      Our File No.: 40117.00047

Dear Judge Daniels:

We are attorneys for Plaintiffs in the captioned action.

We are writing to request an adjournment of the conference scheduled on Tuesday, January 8, 2008. Your Honor has granted the parties' two previous stipulated requests to adjourn the conference.

Plaintiffs have still been unable to locate and serve one of the Defendants in this matter, Thomas G. Karidas, a citizen of Greece. After discussing this matter further with counsel for the Defendants who have appeared, the parties jointly request that the Court adjourn the conference. Notably, the parties have been discussing agreeing to a discontinuance of this action (there is another action pending between the parties in the Southern District of Florida), and hope to reach closure on these discussions very shortly.

Thank you for your attention to this request and we ask that you contact us with any questions you might have.

Very truly yours,

*/s/ Frederick J. Wilmer*
Frederick J. Wilmer

cc:   Michael D. Mosher, Esq. (Via E-Mail)
      Peter Ticktin, Esq. (Via E-Mail)