UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Civil Action

Case No: 07 CIV 7396

CERTAIN UNDERWRITERS AT
LLOYD'S LONDON, LEXINGTON
INSURANCE COMPANY, and
WURTTEMBERGISCHE
VERSICHERUNG AG

                Plaintiffs,

v.

STERLING FINANCIAL INVESTMENT
GROUP, INC., CHARLES GARCIA,
THOMAS G. KARIDAS,
VFINANCE INVESTMENTS, INC.,

                Defendants.
_____/

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the Motion of Michael Mosher attorney for the Defendants STERLING FINANCIAL

INVESTMENT GROUP, INC., CHARLES GARCIA, and VFINANCE INVESTMENTS, INC.,

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   Peter Ticktin
Firm Name:   Ticktin Rodriguez, P. A.
Firm Address: 3700 Coconut Creek Parkway
                Suite 160
                Coconut Creek, Florida 33063
Phone Number:   (954) 978-8950
Fax Number:   (954) 978-9513
Email Address:   pt@trlawoffice.com

is admitted to practice pro hac vice as counsel for the aforementioned Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

New York,

JAN 1 8 2008

*George B. Daniels*

United States District ~~HON. GEORGE B. DANIELS~~