Frederick J. Wilmer (FW-7796)
Kissel Pesce Hirch & Wilmer, LLP
580 White Plains Road, 5th Floor
Tarrytown, New York 10591
Attorneys for Plaintiffs

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 29 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      )
CERTAIN UNDERWRITERS AT                               )    STIPULATION OF
LLOYD'S, LONDON, LEXINGTON                            )    DISMISSAL
INSURANCE COMPANY, and                                )
WÜRTTEMBERGISCHE VERSICHERUNG AG                      )
                                                      )    Civil Action No.:07-CV-7396-GBD
                            Plaintiffs                )
                                                      )
              v.                                      )
                                                      )
STERLING FINANCIAL INVESTMENT                         )
GROUP, INC., CHARLES P. GARCIA, THOMAS G.             )
KARIDAS, and VFINANCE INVESTMENTS, INC.               )
                                                      )
                            Defendants.               )
------------------------------------------------------X

      This Stipulation of Dismissal Without Prejudice ("Stipulation") is entered into as of the 19th day of February, 2008, and is submitted pursuant to Rule 41 of the Federal Rules of Civil Procedure. This Stipulation is entered into by Plaintiffs Certain Underwriters at Lloyd's London, Lexington Insurance Company, and Wurttembergische Versicherung AG, and Defendants Sterling Financial Investment Group, Inc. and Charles P. Garcia in the above-captioned class action (the "Action"), by and through their respective attorneys. The other Defendants to this action have not appeared.

      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the Action is dismissed without prejudice.

This Stipulation may be executed in separate counterparts, each of which when executed shall constitute an original, but all of which together shall constitute the same instrument.

A facsimile signature shall be deemed an original for purposes of filing this Stipulation with the Court.

KISSEL PESCE HIRSCH & WILMER LLP

By: _____
Frederick J. Wilmer, Esq.
Kissel Pesce Hirch & Wilmer, LLP
580 White Plains Road, 5th Floor
Tarrytown, New York 10591

ATTORNEYS FOR PLAINTIFFS

TICKTIN & RODRIGUEZ

By: _____
Peter Ticktin, Esq.
Ticktin & Rodriguez
3700 Coconut Creek Parkway, Ste. 160
Coconut Creek, Florida 33066

ATTORNEYS FOR DEFENDANTS

Dated: February 19, 2008
Tarrytown, New York

SO ORDERED: FEB 29 2008

_____
GEORGE B. DANIELS
United States District Judge
**HON. GEORGE B. DANIELS**

2